IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FIA CARD SERVICES, N.A.
F/K/A MBNA AMERICA BANK, N.A.,

      JUDGMENT IN A CIVIL CASE

Plaintiff,

      Case No. 07-cv-704-bbc

v.

MARK KLINZING,

Defendant.

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff against defendant confirming the arbitration award entered in plaintiff's favor in the amount of $82,655.

_____      9-2-08
Joel Turner, Acting Clerk of Court      Date